1  JEREMY A. MEIER – SBN 139849
   MICHAEL D. LANE – SBN 239517
2  GREENBERG TRAURIG, LLP
   400 Capitol Mall, Suite 2400
3  Sacramento, CA  95814-3938
   Telephone: (916) 442-1111
4  Facsimile: (916) 448-1709
   meierj@gtlaw.com
5  lanemd@gtlaw.com

6  Attorneys for Defendant
   Maximus, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 625 COOLIDGE LLC, a California Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS, INC., a Virginia corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01916-TLN-JDP<br><br>**JOINT OBJECTION TO INITIAL PRETRIAL SCHEDULING ORDER (ECF NO. 2) AND STIPULATION TO MODIFY; ORDER**<br><br>Removal Filed:  September 6, 2023<br>Complaint Filed:  April 20, 2023 |

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and the Court's Initial Pretrial Scheduling Order (ECF No. 2) (the "Initial Pretrial Scheduling Order"), Plaintiff 625 COOLIDGE LLC ("Plaintiff") and Defendant MAXIMUS, INC. ("Maximus") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby object to and stipulate to modify the Initial Pretrial Scheduling Order as follows:

**RECITALS:**

WHEREAS, on April 20, 2023, Plaintiff filed a Complaint against Defendant in the Sacramento County Superior Court of the State of California, Case No. 23CV000119 (the "Action");

WHEREAS, on September 6, 2023, Defendant removed the Action to this Court (ECF No. 1);

WHEREAS, on September 7, 2023, the Court issued the Initial Pretrial Scheduling Order (ECF No. 2);

WHEREAS, the Initial Pretrial Scheduling Order provides that all discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court (the "Fact Discovery Cutoff") (ECF No. 2 at 2);

WHEREAS, the Initial Pretrial Scheduling Order provides that the Initial Pretrial Scheduling Order shall not be modified except by leave of Court upon a showing of good cause, and that any objections to the Initial Pretrial Scheduling Order must be filed within sixty (60) days of service (ECF No. 2 at 6, 7);

WHEREAS, on November 3, 2023, the Parties timely met and conferred pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, the Parties intend to conduct an early mediation or other alternative dispute resolution procedure (the "Mediation"), concurrent with an informal exchange of information and documents, within the next one hundred twenty (120) days, depending on the mediator or neutral's availability;

WHEREAS, the Parties have agreed that, to accommodate the anticipated Parties' Mediation, the Fact Discovery Cutoff should be extended 180 days to November 10, 2024 and that all corresponding discovery, expert disclosure, law and motion, settlement conference, and trial setting dates and deadlines in the Initial Pretrial Scheduling Order should be reset based on the new Fact Discovery Cutoff (the "Stipulated Extension"),

WHEREAS, the Parties agree that good cause exists to grant the Stipulated Extension because it would allow the Parties sufficient time to meaningfully prepare for and engage the Mediation to informally resolve this Action, preserve the Court's and the Parties' time and resources, and promote judicial efficiency;

WHEREAS, the Parties do not enter into this Stipulation for the purpose of delay; and

WHEREAS, no Party will be prejudiced by the stipulated extension of the Fact Discovery Cutoff.

**STIPULATION:**

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. For good cause as discussed above, the Fact Discovery Cutoff shall be extended 180 days to November 10, 2024.
2. All corresponding discovery, expert disclosure, law and motion, settlement conference, and trial setting dates and deadlines in the Initial Pretrial Scheduling Order should be reset based on the new Fact Discovery Cutoff.

**IT IS SO STIPULATED.**

DATED:  November 6, 2023                    GREENBERG TAURIG, LLP

By: /s/Michael D. Lane
Jeremy A. Meier
Michael D. Lane
Attorneys for Defendant
Maximus, Inc.

DATED:  November 6, 2023                    HEFNER, STARK & MAROIS, LLP

By: /s/Kirk E. Giberson
Kirk E. Giberson
Attorneys for Plaintiff
626 Coolidge LLC

**ORDER**

Plaintiff's and Defendant's Joint Objection and Stipulation to Modify the Initial Pretrial Scheduling Order (ECF No. 2), is before this Court. The Court, having duly considered the Joint Stipulation, together with the complete files and records in this action, finds **GOOD CAUSE APPEARING** to grant the Parties' Stipulation, and hereby **ORDERS** as follows:

1. That the close of discovery shall be extended from two hundred forty (240) days from the date upon which the last answer may be filed with the Court to **November 12, 2024** (the "Fact Discovery Cutoff").

2. That all corresponding discovery, expert disclosure, law and motion, settlement conference, and trial setting dates and deadlines in the Initial Pretrial Scheduling Order should be reset based on the new Fact Discovery Cutoff.

**IT IS SO ORDERED.**

DATED: November 6, 2023

Troy L. Nunley
United States District Judge